UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CESSNA FINANCE CORPORATION,

        Petitioner,

v.

GULF JET LLC, KHALID MOHAMMAD SAEED AL MULLA, and HUSSEIN MOHAMED SALEM AL MEEZA,

        Respondents.

14 CV 2149

**NOTICE OF PETITION TO CONFIRM ARBITRAL AWARD**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE TAKE NOTICE that, upon the Petition dated March 25, 2014, the Declaration of Anne M. Coyle sworn to March 25, 2014, and all other matters that the Court deems appropriate to consider, Petitioner Cessa Finance Corporation will move this Court, 500 Pearl Street, Part 1, New York, New York, on the 26th day of April, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order confirming, pursuant to the Federal Arbitration Act, an arbitration award rendered by an ICC International Court of Arbitration tribunal seated in New York City on January 17, 2004 against Gulf Jet LLC, Khalid Mohammad Saeed Al Mulla and Hussein Mohamed Salem Al Meeza.

Dated: New York, New York
      March 26, 2014

GIBSON, DUNN & CRUTCHER LLP

By: _____

Robert L. Weigel
Anne M. Coyle
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

101699336.1.DOC