UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CESSNA FINANCE CORPORATION,                      x
                                                 :
                    Petitioner,                  :
                                                 :
            v.                                   :      14 CIV 2149 (CARTER)
                                                 :      _____
GULF JET LLC, KHALID MOHAMMAD SAEED :
AL MULLA, and HUSSEIN MOHAMED SALEM :
AL MEEZA,                                        :
                                                 :
                    Respondents.                 :
                                                 :
                                                 x

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION OF ANNE M. COYLE

I, Anne M. Coyle, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an associate in the law firm of Gibson, Dunn & Crutcher, LLP, counsel to Petitioner

Cessna Finance Corporation ("CFC") in the above-captioned action.  I am admitted to practice

and in good standing before this Court.

2.      I make this Declaration in support of CFC's Petition to confirm an arbitration award

rendered by an ICC International Court of Arbitration tribunal seated in New York City on

January 17, 2004 against Gulf Jet LLC, Khalid Mohammad Saeed Al Mulla and Hussein

Mohamed Salem Al Meeza (the "Award").

3.      In support of its Petition, pursuant to Article IV of the Convention on the Recognition

and Enforcement of Arbitral Awards, CFC attaches the following:

Exhibit 1 is a true and correct copy of the Cessna 560-5679 Lease, containing an

agreement between CFC and Gulf Jet LLC to arbitrate all disputes arising therefrom.

Exhibit 2 is a true and correct copy of the Cessna 560-5701 Lease, containing an agreement between CFC and Gulf Jet LLC to arbitrate all disputes arising therefrom.

Exhibit 3 is a true and correct copy of Al Meeza's Guaranty for the Cessna 560-5679 Lease, containing an agreement between CFC and Al Meeza to arbitrate all disputes arising therefrom.

Exhibit 4 is a true and correct copy of Al Mulla's Guaranty for the Cessna 560-5679 Lease, containing an agreement between CFC and Al Mulla to arbitrate all disputes arising therefrom.

Exhibit 5 is a true and correct copy of Al Meeza's Guaranty for the Cessna 560-5701 Lease, containing an agreement between CFC and Al Meeza to arbitrate all disputes arising therefrom.

Exhibit 6 is a true and correct copy of Al Mulla's guaranty for the Cessna 560-5701 Lease, containing an agreement between CFC and Al Mulla to arbitrate all disputes arising therefrom.

Exhibit 7 is a certified copy of the final award dated January 17, 2014.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 26, 2014
New York, New York

By: _____
Anne M. Coyle