UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

CESSNA FINANCE CORPORATION,    x

        Petitioner,

   v.

GULF JET, KHALID MOHAMMAD SAEED AL
MULLA, and HUSSEIN MOHAMED SALEM AL
MEEZA,

        Respondents.

                              x

1:14-cv-02149 (ALC)

~~[PROPOSED]~~ ORDER

------------------------------------------------

HONORABLE ANDREW L. CARTER, United States District Judge:

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED, pursuant to Federal Rule of Civil Procedure 4(f)(3) that service on Respondents in the above-captioned action be made by delivery of the Summons and Petition as follows:

**Al Meeza:**

**Email to:**

halmeeza@gmail.com

and

Dar Al Huqooq Legal Consultants at info@daralhuqooq.com;

**Al Mulla:**

**Email to:**

Lawrence J. Shapiro & Associates at ljshapirolaw@aol.com;

**Gulf Jet:**

In the same manner as service on Al Meeza and Al Mulla.

Dated: New York, New York
       May 1, 2014

SO ORDERED

_____
ANDREW L. CARTER
United States District Judge