UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| CESSNA FINANCE CORPORATION, | x |
| Petitioner, | : |
| v. | : 1:14-cv-02149 (ALC) |
| GULF JET LLC, KHALID MOHAMMAD SAEED AL MULLA, and HUSSEIN MOHAMED SALEM AL MEEZA, | : **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| Respondents. | : |
| | x |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law; Cessna Finance Corporation's ("CFC") Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1; the Declaration of Anne Coyle, dated July 7, 2014, together with the exhibits annexed thereto; and upon all the pleadings and other papers in this action, the undersigned counsel will move this Court before the Honorable Andrew L. Carter in Courtroom 1306, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting CFC's motion for summary judgment to confirm the ICC Arbitral Award in favor of CFC, and for such other relief as the Court deems just and proper.

Dated: New York, New York
July 7, 2014

                    GIBSON, DUNN & CRUTCHER LLP

         By:    /s/ Robert L. Weigel_____
               Robert L. Weigel
               Anne M. Coyle

               200 Park Avenue, 47th Floor
               New York, New York 10166-0193
               Telephone: 212.351.4000
               Facsimile: 212.351.4035
               RWeigel@gibsondunn.com

               *Attorneys for Petitioner*
               *Cessna Finance Corporation*