# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert Weigel
Direct: +1 212.351.3845
Fax: +1 212.351.5236
RWeigel@gibsondunn.com

Client: 14068-00025

August 14, 2014

VIA ELECTRONIC MAIL

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurogood Marshall United States Courthouse
40 Foley Square, Room 435
New York, New York 10007

Re:   Cessna Finance Corporation v. Gulf Jet LLC, et al., No. 14-cv-2149 (ALC).

Dear Judge Carter:

We are counsel to petitioner Cessna Finance Corporation ("CFC" or "Petitioner") in the above-captioned matter. Pursuant to this Court's order dated June 23, 2014 ("June 23 Order"), CFC filed a motion for summary judgment on July 7, 2013 ("Summary Judgment Motion").[1] The Summary Judgment Motion was unopposed.

The Summary Judgment Motion seeks confirmation of an arbitration award that an International Chamber of Commerce tribunal awarded CFC (the "Award") against the respondents in this matter, Gulf Jet LLC, Khalid Mohammad Saeed Al Mulla, and Hussein Mohamed Salem Al Meeza (together, "Respondents").[2] Per the June 23 Order, CFC served a copy of its Summary Judgment Motion and supporting documents on Respondents via e-mail.[3]

The June 23 Order required that Respondents file any opposition to the Summary Judgment Motion by August 6, 2014. Respondents did not file any opposition. Accordingly, CFC will not submit a reply brief. As the Petition was not answered and the Summary Judgment Motion was not opposed, CFC respectfully requests that this Court enter judgment at its soonest convenience (a) granting CFC's unopposed Summary Judgment Motion; (b) confirming the Award; (c) finding Respondents jointly and severally liable to CFC for

---

[1]   See Dkt. No. 17.

[2]   See Motion for Summary Judgment and supporting documents (Dkt. Nos. 19-22); see also Petition (Dkt. No. 1).

[3]   See Certificate of Service, dated July 9, 2014 (Dkt. No. 23); see also Order for Alternative Service, dated May 1, 2014 (Dkt. No. 12).

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

The Honorable Andrew L. Carter, Jr.
August 14, 2014
Page 2

$9,644,659.05 plus post-Award interest and statutory post-Judgment interest; and (d) granting such other relief as this Court may deem just and proper so that Cessna Finance may begin to attempt to recover the money that the tribunal determined it is owed.[4] A proposed judgment is enclosed.

Respectfully submitted,

Robert L. Weigel

Cc:   Lawrence Shapiro, Esq. (via e-mail)
      Maroun Matar, Esq. (via e-mail)
      Al Meeza (via e-mail)

---

[4]   See Memorandum of Law in Support of Petitioner's Motion for Summary Judgment at 9 (Dk. No. 20).