UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CESSNA FINANCE CORPORATION,

        Petitioner,

v.

GULF JET LLC, KHALID MOHAMMAD SAEED
AL MULLA, and HUSSEIN MOHAMED SALEM
AL MEEZA,

        Respondents.

------------------------------------- x

2/2/2015

1:14-cv-02149 (ALC)

**FINAL JUDGMENT**

HONORABLE ANDREW L. CARTER, United States District Judge:

    WHEREAS, Cessna Finance Corporation ("CFC") sought confirmation of an arbitration award issued in its favor against Gulf Jet LLC ("Gulf Jet"), Khalid Mohammad Saeed Al Mulla ("Al Mulla"), and Hussein Mohamed Salem Al Meeza ("Al Meeza") (collectively, "Respondents") by the International Court of Arbitration of the International Chamber of Commerce ("ICC") in New York on January 17, 2014 (the "Final Award");

    WHEREAS, on March 25, 2014 CFC commenced this action against Respondents to confirm the Final Award;

    WHEREAS, on July 14, 2014 CFC moved for summary judgment to confirm the Final Award;

    WHEREAS, on January 26, 2015 this court granted CFC's motion for summary judgment confirming the Final Award and directed that the Clerk of Court enter judgment in

favor or CFC against Respondents, jointly and severally, for the amount of $9,644,659.05, plus post-Award interest and statutory post-Judgment interest;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Respondents pay to CFC $9,644,659.05 together with post-Award interest at the rate of 1.5% per month from the date of the Final Award to the date of this Final Judgment in the amount of $1,156,867.01, plus a daily rate of $2,910.96 thereafter from February 3, 2015 until the Judgment is entered, plus post-judgment interest pursuant 8 U.S.C. § 1961 from the date of this Judgment until complete payment is made.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

The Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: New York, New York
February 2, 2015

SO ORDERED

_____
ANDREW L. CARTER
United States District Judge