USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 19, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
**CESSNA FINANCE CORPORATION,**

                       **Petitioner,**

        -against-

**GULF JET LLC, ET AL.,**

                       **Respondents.**

---------------------------------------------------------------- x

**ORDER**

**1:14-CV-02149-ALC**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Petitioner's Motion to Substitute Party, including the accompanying declaration, memorandum of law, and Rule 7.1 Corporate Disclosure Statement. ECF Nos. 31-34. Respondents did not respond to or otherwise oppose the Motion. The Court then ordered Respondents to show cause why the motion should not be treated as unopposed. ECF No. 35. Respondents still have not responded to or opposed the Motion.

In accordance with Fed. R. Civ. P. 25(a)(3) and 25(c), Petitioner is directed to serve the Motion and this Order on Respondents and file proof of service by **May 21, 2021**. The Parties shall appear for a telephonic hearing on **May 25, 2021 at 12pm ET**. The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)** at that time.

**SO ORDERED.**

Dated: May 19, 2021
      New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**