**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 27, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CESFIN VENTURES LLC,

          Petitioner,

v.

GULF JET L.L.C, *et al.*,

          Respondents.

14-cv-02149-ALC

**ORDER**

    **WHEREAS** on January 17, 2014, the International Court of Arbitration in the International Chamber of Commerce residing in New York issued an arbitration award (the "Arbitration Award") in favor of Cessna Finance Corporation ("Cessna") and against Respondents Gulf Jet LLC, Khalid Mohammad Al Mulla and Hussein Mohamed Salem Al Meeza (collectively, the "Respondents"), and

    **WHEREAS** on January 26, 2015, this Court granted Cessna's motion for summary judgment and confirmed the Arbitration Award as a judgment of this Court, and

    **WHEREAS** on February 2, 2015, this Court issued a judgment (the "Judgment") ordering that the Respondents pay to Cessna the amount of $9,644,659.05, together with: (1) interest at the rate of 1.5% per month from the date of the Arbitration Award to the date of the Judgment in the amount of $1,156,867.01; (2) interest accruing thereafter on the Arbitration Award in the amount of $2,910.96 daily from February 3, 2015 until the Judgment is satisfied; and (3) post-judgment interest pursuant to 8 U.S.C. § 1961 from the date of the Judgment until complete payment is made, and

    **WHEREAS** on June 2, 2021, this Court issued an Order granting Cessna's motion substituting CesFin Ventures LLC ("Petitioner") as the new petitioner in this action, and

    **WHEREAS** the Judgment has not been satisfied in its entirety, and

    **WHEREAS** the Court finds that sufficient time has elapsed since the Judgment was entered to permit enforcement to commence, and that enforcement may proceed at this time, and

**WHEREAS** Petitioner has demonstrated, through the Declaration of Matthew R. DiBlasi, Esq. dated April 22, 2022 and the exhibits annexed thereto, and the memorandum of law submitted in support hereof, that the payment obligations owed by the Respondents are subject to enforcement in aid of the Judgement under Article 52 of New York's Civil Practice Law and Rules ("CPLR").

**IT IS HEREBY ORDERED,** pursuant to Rule 69 of the Federal Rules of Civil Procedure ("FRCP") and CPLR §§ 5225(b) and 5227, that Truist Bank, as garnishee, is directed to turn over to Petitioner, fifty percent of the assets of Respondent Khalid Mohammad Al Mulla, held in the joint account ending in -1354.

Dated:  New York, New York

　　__March 27__, 2023

　　　　　　　　　　　　　　　　　　SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Andrew L. Carter, Jr., U.S.D.J.